In the Matter of IROQUOIS GAS CORPORATION, Appellant, against MILO R. MALTBIE et al., Constituting the Public Service Commission of the State of New York et al., Respondents.

Argued October 5, 1938; decided October 25, 1938.

*Daniel J. Kenefick* for appellant.

*Laurence J. Olmsted* and *Gay H. Brown* for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: LEHMAN, J.